UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP WILLNER,

    Plaintiff,

Case No. 16-cv-13574
Hon. Matthew F. Leitman

v.

SYNTEL, INC.,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendant's Motion to Dismiss, dated May 2, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                        DAVID J. WEAVER
                                        CLERK OF COURT

                         By:   s/Holly A. Monda
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 2, 2017
Detroit, Michigan